■ THE PEOPLE OF THE STATE OF NEW YORK, v ELENA ALIREX et al.— Motion granted to the extent of amending the remittitur of this court entered on March 11, 1980 to recite the following: "The City Comptroller is

directed to return the $2,500 to the surety." Concur—Birns, J. P., Sandler, Sullivan, Bloom and Carro, JJ.